CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2018 MAR 22 AM 11: 46

DEPUTY CLERK_____

Badge Ni___

## TN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

**MELVIN MCCORMICK**
**PLAINTIFF**

**VS.**

**CITY OF DALLAS   POLICE DEPARTMENT ET AL,**
        **DEFENDANTS**

CIVIL ACTION NUMBER: **318 - CV0689 - B**

**COMPLAINT BASED UPON   POLICE HARASSMENT AND RACIAL DISCRIMINATION .**

1. THIS IS A CIVIL ACTION SEEKING DAMAGES AGAINST THE DEFENDANT FOR

   COMMITTING POLICE HARASSMENT AND RACIAL DISCRIMINATION

2.     THE COURT HAS JURISDICTION   SEVERE VIOLATIONS OF CIVIL RIGHTS AND   CIVIL

LIBERTIES LAWS OF THE CONSTITUTION

3.     THE PLAINTIFF,     RESIDES AT:

                                        *1235 CORONADO LANE*
                                        *DUNCANVILLE,  TEXAS  75137*

4.     DEFENDANTS   DALLAS POLICE DEPARTMENT   IS A  POLICE DEPARTMENT  IN
DALLAS,  TEXAS  AND THEIR ADDRESS IS:  1400 S Lamar St, Dallas, TX 75215

5.     DEFENDANT  OFFICER Jarrett     Badge 0419 IS AN  OFFICER IN THE DALLAS
POLICE DEPARTMENT   AND HIS  ADDRESS IS: 1400 S Lamar St, Dallas, TX 75215

1

7. **DEFENDANT   OFFICER** RC Harding **Badge No.** 1399 **IS AN   OFFICER IN THE DALLAS POLICE DEPARTMENT   AND HIS   ADDRESS IS:** 1400 S Lamar St, Dallas, TX 75215

8. **DEFENDANT   OFFICER** McClaweVan **Badge** 10564 **IS AN   OFFICER IN THE DALLAS POLICE DEPARTMENT   AND HIS   ADDRESS IS:** 1400 S Lamar St, Dallas, TX 75215

9. **DEFENDANT   OFFICER** _____ **Badge No.** _____ **IS AN   OFFICER IN THE DALLAS POLICE DEPARTMENT   AND HIS   ADDRESS IS:** 1400 S Lamar St, Dallas, TX 75215

a) H. Colon - 9948
b) Frusa -1137

## COUNT NUMBER 1

10.     THE DEFENDANT(S) IN AN ARBITRARY AND CAPRICIOUS WAY HAVE CONTRIBUTED

TO THE   POLICE HARRASSMENT AND   RACIAL DISCRIMINATION AND VIOLATIONS OF THE

CIVIL RIGHTS AND LIBERTIES OF THE PLAINTIFF.

## COUNT NUMBER 2

11.     THE DEFENDANT   IS IN SERIOUS VIOLATIONS OF STATE AND   FEDERAL LAWS

REGARDING CIVIL RIGHTS AND DISCRIMINATION AGAINST PRIVATE   CITIZENS.

## COUNT   NUMBER 3

12.     THE DEFENDANT   DELIBERATELY GROSS NEGLIGENCE IN   VIOLATING THE CIVIL

RIGHTS AND LIBERTIES OF THE PLAINTIFF..

## COUNT   NUMBER 4

13. THE DEFENDANT   TOOK ADVANTAGE OF THE PLAINTIFF BECAUSE    IS BLACK   AND

EVEN THOUGH HE COMPLIED WITHT HEIR REQUESTS;  HIS CIVIL RIGHTS AND

LIBERTIES WERE STILL VIOLATED   DUE TO RACIAL AND DISCRIMINATION RIGHTS   OF

THE PLAINTIFF.

2

**COUNT NUMBER  5**

14.     THE DEFENDANT  HAS SHOWN THAT IT HAS NO INTENTIONS OF PROPERLY

COMPLYING WITH FEDERAL LAWS CONCERNING RACIAL DISCRIMINATION AND

VIOLATIONS OF THE RIGHTS OF PRIVATE CITIZENS.

**Please be advised these ARE SOME OF   violations that   THE CITY OF Dallas Police Department and some of its   are committing:**

**These are some of the statues   that they   officers are violating:**

**Federal Statutes**

Federal Civil Rights Statutes

**Title 18, U.S.C., Section 249**
**Matthew Shepard and James Byrd, Jr., Hate Crimes Prevention Act**

This statute makes it unlawful to willfully cause bodily injury—or attempting to do so with fire, firearm, or other dangerous weapon—when 1) the crime was committed because of the actual or perceived race, color, religion, national origin of any person, or 2) the crime was committed because of the actual or perceived religion, national origin, gender, sexual orientation, gender identity, or disability of any person and the crime affected interstate or foreign commerce or occurred within federal special maritime and territorial jurisdiction.

The law also provides funding and technical assistance to state, local, and tribal jurisdictions to help them to more effectively investigate, prosecute, and prevent hate crimes.

The law provides for a maximum 10–year prison term, unless death (or attempts to kill) results from the offense, or unless the offense includes kidnapping or attempted kidnapping, or aggravated sexual abuse or attempted aggravated sexual abuse. For offenses not resulting in death, there is a seven–year statute of limitations. For offenses resulting in death, there is no statute of limitations.

**Title 18, U.S.C., Section 241**
**Conspiracy Against Rights**

This statute makes it unlawful for two or more persons to conspire to injure, oppress, threaten, or intimidate any person of any state, territory or district in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or the laws of the United States, (or because of his/her having exercised the same).

It further makes it unlawful for two or more persons to go in disguise on the highway or on the premises of another with the intent to prevent or hinder his/her free exercise or enjoyment of any rights so secured.

3

Punishment varies from a fine or imprisonment of up to ten years, or both; and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title or imprisoned for any term of years, or for life, or may be sentenced to death.

**Title 18, U.S.C., Section 242**
**Deprivation of Rights Under Color of Law**

This statute makes it a crime for any person acting under color of law, statute, ordinance, regulation, or custom to willfully deprive or cause to be deprived from any person those rights, privileges, or immunities secured or protected by the Constitution and laws of the U.S.

This law further prohibits a person acting under color of law, statute, ordinance, regulation or custom to willfully subject or cause to be subjected any person to different punishments, pains, or penalties, than those prescribed for punishment of citizens on account of such person being an alien or by reason of his/her color or race.

Acts under "color of any law" include acts not only done by federal, state, or local officials within the bounds or limits of their lawful authority, but also acts done without and beyond the bounds of their lawful authority; provided that, in order for unlawful acts of any official to be done under "color of any law," the unlawful acts must be done while such official is purporting or pretending to act in the performance of his/her official duties. This definition includes, in addition to law enforcement officials, individuals such as Mayors, Council persons, Judges, Nursing Home Proprietors, Security Guards, etc., persons who are bound by laws, statutes ordinances, or customs.

Punishment varies from a fine or imprisonment of up to one year, or both, and if bodily injury results or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire shall be fined or imprisoned up to ten years or both, and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

**Title 18, U.S.C., Section 245**
**Federally Protected Activities**

1) This statute prohibits willful injury, intimidation, or interference, or attempt to do so, by force or threat of force of any person or class of persons because of their activity as:

a) A voter, or person qualifying to vote...;
b) a participant in any benefit, service, privilege, program, facility, or activity provided or administered by the United States;

c) an applicant for federal employment or an employee by the federal government;

d) a juror or prospective juror in federal court; and

e) a participant in any program or activity receiving Federal financial assistance.

2) Prohibits willful injury, intimidation, or interference or attempt to do so, by force or threat of

force of any person because of race, color, religion, or national origin and because of his/her activity as:

a) A student or applicant for admission to any public school or public college;

b) a participant in any benefit, service, privilege, program, facility, or activity provided or administered by a state or local government;

c) an applicant for private or state employment, private or state employee; a member or applicant for membership in any labor organization or hiring hall; or an applicant for employment through any employment agency, labor organization or hiring hall;

d) a juror or prospective juror in state court;

e) a traveler or user of any facility of interstate commerce or common carrier; or

f) a patron of any public accommodation, including hotels, motels, restaurants, lunchrooms, bars, gas stations, theaters...or any other establishment which serves the public and which is principally engaged in selling food or beverages for consumption on the premises.

3) Prohibits interference by force or threat of force against any person because he/she is or has been, or in order to intimidate such person or any other person or class of persons from participating or affording others the opportunity or protection to so participate, or lawfully aiding or encouraging other persons to participate in any of the benefits or activities listed in items (1) and (2), above without discrimination as to race, color, religion, or national origin.

Punishment varies from a fine or imprisonment of up to one year, or both, and if bodily injury results or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire shall be fined or imprisoned up to ten years or both, and if death results or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be subject to imprisonment for any term of years or for life or may be sentenced to death.


**Title 42, U.S.C., Section 14141**
**Pattern and Practice**

This civil statute was a provision within the Crime Control Act of 1994 and makes it unlawful for any governmental authority, or agent thereof, or any person acting on behalf of a governmental authority, to engage in a pattern or practice of conduct by law enforcement officers or by officials or employees of any governmental agency with responsibility for the administration of juvenile justice or the incarceration of juveniles that deprives persons of rights, privileges, or immunities secured or protected by the Constitution or laws of the United States.
Whenever the Attorney General has reasonable cause to believe that a violation has occurred, the Attorney General, for or in the name of the United States, may in a civil action obtain appropriate equitable and declaratory relief to eliminate the pattern or practice.

Types of misconduct covered include, among other things:

1. Excessive Force
2. Discriminatory Harassment
3. False Arrest

5

4. Unlawful Stops, Searches, or Arrests

**TRIAL BY JURY :**

**JURY TRIAL REQUEST.**

**RELIEF REQUESTED**

**PLAINTIFF SEEKS JUDGMENT AS FOLLOWS:**

A.  DAMAGES IN THE AMOUNT OF 50,000,000 FOR THE MENTAL   STRESS AND PHYSICAL
    PAIN WHICH THIS SITUATION HAS CAUSED HIM.

B.  Immediate issuance of a mandamus order to cease and desist all discriminatory actions against the

plaintiff.

**RESPECTFULLY SUBMITTED:**

MELVIN MCCORMICK ,   PRO SE

1235 CORONADO LANE

DUNCANVILLE,   TEXAS   75137

JS 44 (Rev. 06/17) - TXND (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**RECEIVED**
MAR 2 2 2018
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**I. (a) PLAINTIFFS** Melvin Moormik Pose

**DEFENDANTS** City of Dallas Police Dept. et al

**(b)** County of Residence of First Listed Plaintiff Dallas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant Dallas
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

318-CV0689-B

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated New Drug Application<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC 3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act<br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | **FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration<br>☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause: Violations of Civil Rights

**VII. REQUESTED IN COMPLAINT:**
☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 50,000,000

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*

JUDGE _____  DOCKET NUMBER _____

DATE 3,12,18   SIGNATURE OF ATTORNEY OF RECORD Melvin McCoy

**FOR OFFICE USE ONLY**

RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____

This envelope is made from post-consumer waste. Please recycle - again.

# PRIORITY
★ MAIL ★

DATE OF DELIVERY SPECIFIED*

USPS TRACKING™ INCLUDED*

$ INSURANCE INCLUDED*

PICKUP AVAILABLE
* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

Expected Delivery Day: 03/21/2018

USPS TRACKING NUMBER

9505 5107 1387 8079 1465 61

2013
L5

FROM 1235 CORONADO LANE
MELVIN MCCORMICK
DUNCANVILLE, TEXAS 75137

Mailing Address:

CLERK OF COURT
United States District Court
1100 Commerce Street, Room 1452
Dallas, TX 75242

MAR 22 2018

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



UNITED STATES
POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

# PRIORITY
# MAIL
★ ★

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT*

PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

* Domestic only.   ** For international shipments, the maximum weight is 4 lbs.

*new Case*

**UNITED STATES POSTAL SERVICE**



TRACKED ★ ★ ★ INSURED*