UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| MELVIN MCCORMICK, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No. 3:18-CV-689-B-BH |
| CITY OF DALLAS POLICE DEPARTMENT ET AL., | ) | |
| Defendants. | ) | Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

By separate judgment, the plaintiff's claims will be **DISMISSED** with prejudice under 28 U.S.C. § 1915(e)(2) for failure to state a claim.

**SIGNED this 16th day of May, 2018.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE